**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>Scott Rountree<br>Pamela Rountree<br>215 W. South Central Ave.<br>Tennille, GA  31089 | **CHAPTER 13**<br><br><br>**Case Number:** 11-50437-AEC<br><br><br>**ATTORNEY:**  Burns & Burns PC |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $4,629.82 in unclaimed funds on behalf of the above-referenced debtors.  The last known address for the creditor is as follows:

NORTHSTAR CAPITAL ASSOCIATION
P.O. BOX 850
AMHERST, NY 14226


**DATED:** September 24, 2015

/s/ Camille Hope
_____
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**